UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.N. LBR 9004-1(b)**
Denise Carlon, Esq.
Brian C. Nicholas, Esq.
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Number: (609) 250-0700
dcarlon@kmllawgroup.com
bnicholas@kmllawgroup.com
Attorneys for Toyota Lease Trust

In Re:
Eric S. Franks
Collette Franks

Debtors

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case

Case No: 15-28919 KCF

Chapter: 13

Judge: Kathryn C. Ferguson

on behalf of

Toyota Lease Trust

Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

2012 TOYOTA 4RUNNER, VIN: JTEBU5JR3C5090089

DOCUMENTS
☐ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☐☐ All documents and pleadings of any nature.

**/s/ Denise Carlon, Esquire**
Denise Carlon, Esquire
Brian C. Nicholas, Esquire
**KML Law Group, P.C.**
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
(609) 250-0700 (NJ)
(215) 627-1322 (PA)
FAX: (609) 385-2214
Attorney for Movant/Applicant

*new 8/1/15*