| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ 08650 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2017 to 02/17/2018
**Chapter 13 Case No. 15-28919 / KCF**

Eric S. Franks
Collette Franks
1 Suffolk Court
Eastampton  NJ    08060

Petition Filed Date: 10/07/2015
341 Hearing Date: 11/12/2015
Confirmation Date: 02/10/2016

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/17/2017 | $1,387.00 | 36372710 - | 02/16/2017 | $1,387.00 | 37164670 - | 03/16/2017 | $1,387.00 | 38003350 - |
| 04/18/2017 | $1,387.00 | 38834670 - | 05/16/2017 | $1,387.00 | 39670270 - | 06/16/2017 | $1,387.00 | 40486230 - |
| 07/17/2017 | $1,387.00 | 41291030 - | 08/16/2017 | $1,387.00 | 42093270 | 09/18/2017 | $1,387.00 | 42867620 |
| 10/17/2017 | $1,387.00 | 43681050 | 11/16/2017 | $1,387.00 | 44479580 | 12/18/2017 | $1,387.00 | 45196720 |
| 01/16/2018 | $1,387.00 | 45972980 | | | | | | |

**Total Receipts for the Period: $18,031.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $37,449.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Eric S. Franks | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | LAURENCE R SHELLER, ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $420.00 | $420.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $12,999.77 | $5,364.91 | $7,634.86 |
| 2 | DISCOVER BANK | Unsecured Creditors | $6,579.34 | $2,715.24 | $3,864.10 |
| 3 | WELLS FARGO DEALER SERVICES<br>»» 2011 TOYOTA CAMRY | Debt Secured by Vehicle | $375.61 | $375.61 | $0.00 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $15,674.18 | $6,468.61 | $9,205.57 |
| 5 | TOYOTA MOTOR CREDIT CORP<br>»» 2012 TOYOTA 4RUNNER | Debt Secured by Vehicle | $518.68 | $518.68 | $0.00 |
| 6 | ECAST SETTLEMENT CORP<br>»» CITIBANK | Unsecured Creditors | $28,883.72 | $11,920.09 | $16,963.63 |
| 7 | CAPITAL ONE, NA<br>»» KOHL'S | Unsecured Creditors | $405.69 | $160.25 | $245.44 |
| 8 | MIDLAND CREDIT  AS AGENT FOR | Unsecured Creditors | $1,807.87 | $746.09 | $1,061.78 |
| 9 | MIDLAND CREDIT  AS AGENT FOR<br>»» SYNCHRONY BANK | Unsecured Creditors | $2,239.11 | $924.06 | $1,315.05 |
| 10 | SYNCHRONY BANK<br>»» AMAZON | Unsecured Creditors | $191.92 | $69.02 | $122.90 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BEST BUY | Unsecured Creditors | $3,702.12 | $1,527.84 | $2,174.28 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» HOME DEPOT | Unsecured Creditors | $853.94 | $352.41 | $501.53 |
| 13 | NATIONSTAR MORTGAGE LLC<br>»» P/1 SUFFOLK CT/1ST MTG | Mortgage Arrears | $2,365.24 | $2,365.24 | $0.00 |

**Chapter 13 Case No. 15-28919 / KCF**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/17/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $37,449.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $33,928.05 | Current Monthly Payment: | $1,387.00 |
| Paid to Trustee: | $2,206.75 | Arrearages: | $1,387.00 |
| Funds on Hand: | $1,314.20 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**