Office Mailing Address:  
Albert Russo, Trustee  
CN 4853  
Trenton, NJ 08650

Send Payments **ONLY** to:  
Albert Russo, Trustee  
PO Box 933  
Memphis, TN 38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2018 to 12/31/2018  
**Chapter 13 Case No. 15-28919 / KCF**

Eric S. Franks  
Collette Franks

Petition Filed Date: 10/07/2015  
341 Hearing Date: 11/12/2015  
Confirmation Date: 02/10/2016

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/16/2018 | $1,387.00 | 45972980 | 02/20/2018 | $1,387.00 | 46762480 | 03/18/2018 | $1,387.00 | 47571060 |
| 04/17/2018 | $1,387.00 | 48388210 | 05/17/2018 | $1,387.00 | 49189460 | 06/18/2018 | $1,387.00 | 49985890 |
| 07/16/2018 | $1,387.00 | 50754250 | 08/17/2018 | $1,387.00 | 51592580 | 09/17/2018 | $1,387.00 | 52383630 |
| 10/17/2018 | $1,387.00 | 53171270 | 11/19/2018 | $1,387.00 | 53992020 | 12/18/2018 | $1,387.00 | 54742400 |

**Total Receipts for the Period: $16,644.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $54,093.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Eric S. Franks | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | LAURENCE R SHELLER, ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $420.00 | $420.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $12,999.77 | $7,891.09 | $5,108.68 |
| 2 | DISCOVER BANK | Unsecured Creditors | $6,579.34 | $3,993.77 | $2,585.57 |
| 3 | WELLS FARGO DEALER SERVICES<br>»» 2011 TOYOTA CAMRY | Debt Secured by Vehicle | $375.61 | $375.61 | $0.00 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $15,674.18 | $9,514.50 | $6,159.68 |
| 5 | TOYOTA MOTOR CREDIT CORP<br>»» 2012 TOYOTA 4RUNNER | Debt Secured by Vehicle | $518.68 | $518.68 | $0.00 |
| 6 | ECAST SETTLEMENT CORP<br>»» CITIBANK | Unsecured Creditors | $28,883.72 | $17,532.93 | $11,350.79 |
| 7 | CAPITAL ONE, NA<br>»» KOHL'S | Unsecured Creditors | $405.69 | $246.27 | $159.42 |
| 8 | MIDLAND CREDIT AS AGENT FOR | Unsecured Creditors | $1,807.87 | $1,097.42 | $710.45 |
| 9 | MIDLAND CREDIT AS AGENT FOR<br>»» SYNCHRONY BANK | Unsecured Creditors | $2,239.11 | $1,359.17 | $879.94 |
| 10 | SYNCHRONY BANK<br>»» AMAZON | Unsecured Creditors | $191.92 | $102.96 | $88.96 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BEST BUY | Unsecured Creditors | $3,702.12 | $2,247.25 | $1,454.87 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» HOME DEPOT | Unsecured Creditors | $853.94 | $518.36 | $335.58 |
| 13 | NATIONSTAR MORTGAGE LLC<br>»» P/1 SUFFOLK CT/1ST MTG | Mortgage Arrears | $2,365.24 | $2,365.24 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 12/31/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $54,093.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $48,183.25 | Current Monthly Payment: | $1,387.00 |
| Paid to Trustee: | $3,316.39 | Arrearages: | $0.00 |
| Funds on Hand: | $2,593.36 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**