| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2019 to 12/31/2019

### Chapter 13 Case No. 15-28919 / MBK

Eric S. Franks  
Collette Franks

Petition Filed Date: 10/07/2015  
341 Hearing Date: 11/12/2015  
Confirmation Date: 02/10/2016

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/17/2019 | $1,387.00 | 55493220 | 02/19/2019 | $1,387.00 | 56301160 | 03/18/2019 | $1,387.00 | 57077690 |
| 04/16/2019 | $1,387.00 | 57865560 | 05/16/2019 | $1,387.00 | 58643280 | 06/17/2019 | $1,387.00 | 59450740 |
| 07/16/2019 | $1,387.00 | 60208150 | 08/19/2019 | $1,387.00 | 61045170 | 09/17/2019 | $1,387.00 | 61809590 |
| 10/17/2019 | $1,387.00 | 62591060 | 11/18/2019 | $1,387.00 | 63371280 | 12/17/2019 | $1,387.00 | 64111790 |

**Total Receipts for the Period:  $16,644.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $70,737.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Eric S. Franks | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | LAURENCE R SHELLER, ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $420.00 | $420.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $12,999.77 | $10,897.69 | $2,102.08 |
| 2 | DISCOVER BANK | Unsecured Creditors | $6,579.34 | $5,515.45 | $1,063.89 |
| 3 | WELLS FARGO DEALER SERVICES<br>»»  2011 TOYOTA CAMRY | Debt Secured by Vehicle | $375.61 | $375.61 | $0.00 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $15,674.18 | $13,139.65 | $2,534.53 |
| 5 | TOYOTA MOTOR CREDIT CORP<br>»»  2012 TOYOTA 4RUNNER | Debt Secured by Vehicle | $518.68 | $518.68 | $0.00 |
| 6 | ECAST SETTLEMENT CORP<br>»»  CITIBANK | Unsecured Creditors | $28,883.72 | $24,213.19 | $4,670.53 |
| 7 | CAPITAL ONE, NA<br>»»  KOHL'S | Unsecured Creditors | $405.69 | $332.97 | $72.72 |
| 8 | MIDLAND CREDIT  AS AGENT FOR | Unsecured Creditors | $1,807.87 | $1,515.54 | $292.33 |
| 9 | MIDLAND CREDIT  AS AGENT FOR<br>»»  SYNCHRONY BANK | Unsecured Creditors | $2,239.11 | $1,877.05 | $362.06 |
| 10 | SYNCHRONY BANK<br>»»  AMAZON | Unsecured Creditors | $191.92 | $154.16 | $37.76 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  BEST BUY | Unsecured Creditors | $3,702.12 | $3,103.48 | $598.64 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  HOME DEPOT | Unsecured Creditors | $853.94 | $715.86 | $138.08 |
| 13 | NATIONSTAR MORTGAGE LLC<br>»»  P/1 SUFFOLK CT/1ST MTG | Mortgage Arrears | $2,365.24 | $2,365.24 | $0.00 |

**Chapter 13 Case No. 15-28919 / MBK**

---

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $70,737.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $65,144.57 | Current Monthly Payment: | $1,387.00 |
| Paid to Trustee: | $4,291.44 | Arrearages: | $1,387.00 |
| Funds on Hand: | $1,300.99 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

---