Certificate Number: 15317-NJ-DE-034650320

Bankruptcy Case Number: 15-28919



15317-NJ-DE-034650320

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 9, 2020</u>, at <u>7:02</u> o'clock <u>PM PDT</u>, <u>Eric S Franks</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>July 9, 2020</u>          By:    <u>/s/Lea Sorino</u>

Name:  <u>Lea Sorino</u>

Title:   <u>Counselor</u>