Certificate Number: 15317-NJ-DE-034650321

Bankruptcy Case Number: 15-28919



15317-NJ-DE-034650321

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 9, 2020, at 7:02 o'clock PM PDT, Collette L Franks completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:  July 9, 2020              By:    /s/Lea Sorino

                                 Name:  Lea Sorino

                                 Title: Counselor