UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Eric Franks, et al.

Case No.: 15-28919

Chapter: 13

Judge: MBK

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Collette Franks _____, debtor in this case, certify as
follows:

1. All payments required to be made by me under my plan have been made and are paid
   in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts

   payable under court order or statute that were due on or before the date of this

   certification.

I certify under penalty of perjury that the above is true.

Date: 7/28/20 _____

/s/ Collette Franks
Debtor's Signature

**IMPORTANT:**

- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in
  Support of Discharge.**

*rev.8/1/18*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Eric Franks, et al.

Case No.:    15-28919

Chapter:    13

Judge:    MBK

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Eric Franks                                    , debtor in this case, certify as
follows:

1.  All payments required to be made by me under my plan have been made and are paid
    in full.

2.  ☑ I am not required to pay domestic support obligations.

    ☐ I am required to pay domestic support obligations and I have paid all amounts

    payable under court order or statute that were due on or before the date of this

    certification.

I certify under penalty of perjury that the above is true.

Date: 7/28/20                                    /s/ Eric Franks
                                                 Debtor's Signature

**IMPORTANT:**

- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a completed Certification in
  Support of Discharge.**

*rev.8/1/18*