**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Eric S. Franks<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9371<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Collette Franks<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6834<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   15–28919–MBK

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Eric S. Franks                                         Collette Franks

11/6/20                                    **By the court:** <u>Michael B. Kaplan</u>
                                                                United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Eric S. Franks  
Collette Franks  

    Debtor(s)

Case No. 15-28919-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 06, 2020 | Form ID: 3180W | Total Noticed: 30 |

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Eric S. Franks, Collette Franks, 1 Suffolk Court, Eastampton, NJ 08060-3282 |
| 515780367 | + | Health First Financial, PO Box 7887, Springfield, OR 97475-0034 |
| 515942891 | + | Midland Credit Management, Inc. as agent for, MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 515992826 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, Bankruptcy Department, PO Box 619096, Dallas, TX 75261 |
| 515780369 | + | Nationstar, PO Box 650783, Dallas, TX 75265-0783 |
| 515780375 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor Leasing, 5005 N. River Blvd. NE, Cedar Rapids, IA 52411 |
| 515873970 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, TX 75001-9013 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 06 2020 21:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 06 2020 21:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 515780361 | | EDI: BANKAMER.COM | Nov 07 2020 01:58:00 | Bank of America, PO Box 982238, El Paso, TX 79998 |
| 515929563 | | EDI: BL-BECKET.COM | Nov 07 2020 01:58:00 | CAPITAL ONE, N.A., C/O BECKET AND LEE LLP, POB 3001, MALVERN, PA 19355-0701 |
| 515780363 | + | EDI: CITICORP.COM | Nov 07 2020 01:58:00 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 515780362 | + | EDI: CAPITALONE.COM | Nov 07 2020 01:58:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 515861994 | | EDI: CAPITALONE.COM | Nov 07 2020 01:58:00 | Capital One, N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 515780365 | + | EDI: CITICORP.COM | Nov 07 2020 01:58:00 | Citicards CBNA, 701 E. 60th St. N., Sioux Falls, SD 57104-0432 |
| 515780366 | | EDI: DISCOVER.COM | Nov 07 2020 01:58:00 | Discover Financial Services, PO Box 15316, Wilmington, DE 19850 |
| 515790995 | | EDI: DISCOVER.COM | Nov 07 2020 01:58:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 515780364 | | EDI: JPMORGANCHASE | Nov 07 2020 01:58:00 | Chase, PO Box 15298, Wilmington, DE 19850 |
| 515780368 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 06 2020 21:33:00 | Kohl's, PO Box 3115, Milwaukee, WI 53201-3115 |
| 515992116 | | EDI: PRA.COM | | |

Case 15-28919-MBK    Doc 35    Filed 11/08/20    Entered 11/09/20 00:22:28    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 06, 2020 | Form ID: 3180W | Total Noticed: 30 |

| | | | |
|---|---|---|---|
| | | Nov 07 2020 01:58:00 | Portfolio Recovery Associates, LLC, c/o Best Buy Visa, POB 41067, Norfolk VA 23541 |
| 515992125 | EDI: PRA.COM | Nov 07 2020 01:58:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 515780370 | + EDI: RMSC.COM | Nov 07 2020 01:58:00 | SYNCB, PO Box 965015, Orlando, FL 32896-5015 |
| 515780371 | + EDI: RMSC.COM | Nov 07 2020 01:58:00 | SYNCB/Ashley Homestores, PO Box 965036, Orlando, FL 32896-5036 |
| 515780373 | + EDI: RMSC.COM | Nov 07 2020 01:58:00 | SYNCB/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 515780372 | + EDI: RMSC.COM | Nov 07 2020 01:58:00 | Syncb/Lowe's, PO Box 965005, Orlando, FL 32896-5005 |
| 515974513 | EDI: RMSC.COM | Nov 07 2020 01:58:00 | Synchrony Bank, c/o Recovery Management Systems Corp, 25 SE 2nd Ave Suite 1120, Miami FL 33131-1605 |
| 515780374 | + EDI: CITICORP.COM | Nov 07 2020 01:58:00 | The Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 515780376 | + EDI: WFFC.COM | Nov 07 2020 01:58:00 | Wells Fargo Auto, PO Box 29704, Phoenix, AZ 85038-9704 |
| 515846021 | EDI: WFFC.COM | Nov 07 2020 01:58:00 | Wells Fargo Bank N.A.,, d/b/a Wells Fargo Dealer Services, PO Box 19657, Irvine, CA 92623-9657 |
| 515905579 | EDI: ECAST.COM | Nov 07 2020 01:58:00 | eCAST Settlement Corporation, POB 29262, New York, NY 10087-9262 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 08, 2020              Signature:       /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 06, 2020 | Form ID: 3180W | Total Noticed: 30 |

Denise E. Carlon
    on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Elizabeth L. Wassall
    on behalf of Creditor Nationstar Mortgage LLC ewassall@logs.com  njbankruptcynotifications@logs.com

Laurence R. Sheller
    on behalf of Joint Debtor Collette Franks laurence.sheller@gmail.com

Laurence R. Sheller
    on behalf of Debtor Eric S. Franks laurence.sheller@gmail.com

Sindi Mncina
    on behalf of Creditor Nationstar Mortgage LLC smncina@rascrane.com

TOTAL: 7